IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **DANIELLE DEMPSEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Case No. 3:22-cv-00284 |
| | § | |
| **LANCE FOSTER AND** | § | |
| **MILLER ENGINEERS, INC.** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendants Miller Engineers, Inc. (hereinafter "Miller") and Lance Foster (hereinafter "Foster") hereby removes this action from the 441st District Court, Midland County, Texas, to the United States District Court for the Western District of Texas.

### STATE COURT LAWSUIT

1. This case involves a Texas citizen and resident, Plaintiff Danielle Dempsey, who was allegedly injured in a motor vehicle accident. On 06-21-2021, Plaintiff filed suit against Miller and Foster in the 120th District Court, El Paso County, Texas, Cause No. 2022DCV1991, claiming that his injuries were caused by Miller and Foster's alleged negligence.

2. Defendants now remove this case to this Court based on diversity jurisdiction.

## GROUNDS FOR REMOVAL

3.      This action is removable pursuant to 28 U.S.C. § 1441.  As set forth herein, this Court has original diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because this action is between citizens of different states, and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.      <u>Minimal Diversity Requirement</u>.  As alleged in the State Petition, attached hereto, this action is between citizens of different states.  Upon information and belief, including the representations of Plaintiff, Plaintiff is an adult citizen and resident of Texas.  **Exhibit A** at ¶ 2.1, Plaintiff's Original Petition.  Miller is a citizen of a foreign state.  Specifically, Miller is a New Mexico corporation with its principal place of business located at 5454 Venice Ave. NE, Ste. D, Albuquerque, New Mexico 87113.  Consequently, complete diversity exists because Plaintiff is a citizen of Texas, and Miller is a citizen of New Mexico. Further, Lance Foster is also a resident of New Mexico.

5.      <u>Amount in Controversy Requirement</u>.  The amount in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs.  Plaintiff seeks damages "substantially over" $100,000.00. **Exhibit A** at ¶ 4.2.

## PROCEDURAL REQUIREMENTS

6.      <u>Timeliness of Removal</u>.  This Notice of Removal is timely because it is being filed within 30 days of Miller receiving, through service or otherwise, a copy of the Plaintiff's Original Petition. 28 U.S.C. § 1446(b)(1).  Miller was served through its registered agent, Rick Warren, on 07-30-21.

7.      <u>Removal to Proper Court</u>.  This Court is the appropriate court to which this action must be removed because it is part of the district and division within which this action is pending, namely, El Paso County, Texas. 28 U.S.C. §§ 1441(a), 1446(a).

8. <u>Filing and Service</u>.  As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be contemporaneously filed in the 120th Judicial District Court and served on all counsel of record.

9. <u>Pleadings and Process</u>.  Miller and Foster have not been served with any process, pleadings, or orders in this action other than the Citation, Plaintiff's Original Petition and Plaintiff's First Amended Petition.  *See* 28 U.S.C. § 1446(a).  Defendants have filed Original Answers in this matter. *See* **Exhibit D.**

10. Defendants reserve all of its rights and defenses, including without limitation those rights and defenses under Fed. R. Civ. P. 12.

11. Required Documents. Pursuant to 28 U.S.C. § 1446(a), the following documents are attached:

Exhibit B: An index of documents filed in the State Court action;

Exhibit C: A copy of the docket sheet in the State Court action;

Exhibit D: A copy of each document filed in the State Court action.

Respectfully submitted,

**WATSON, CARAWAY,
MIDKIFF & LUNINGHAM, LLP**


  /s/*James W. Watson*
James W. Watson
State Bar No. 20943100
jwatson@watsoncaraway.com
James H. Fendley
State Bar No. 24069713
jfendley@watsoncaraway.com
The Fort Worth Club Building
306 W. 7th Street, Suite 200
Fort Worth, Texas 76102
817/870-1717
817/338-4842 (FAX)
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this __16th__ day of August, 2022, that a true and correct copy of the foregoing document was served via e-mail on all parties in accordance with the Federal Rules of Civil Procedure.

  /s/*James W. Watson*
James W. Watson