# Exhibit B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| **DANIELLE DEMPSEY,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **Case No. 3:22-cv-00284** |
| § | |
| **LANCE FOSTER AND** § | |
| **MILLER ENGINEERS, INC.** § | |
| § | |
| **Defendants.** § | |

## INDEX OF ATTACHED STATE COURT PLEADINGS

1. Plaintiff's Original Petition .................................................................................July 7, 2022

2. Plaintiff's First Amended Petition ....................................................................July 13, 2022

3. Foster Original Answer…………………………………………………....August 12, 2022

4. Miller Original Answer……………………………………………………August 12, 2022