Case No. 3:22-cv-00284

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

El Paso                              DIVISION

Supplement to JS 44 Civil Cover Sheet
Cases Removed from State District Court

This form must be filed with the Clerk's Office no later than the **first business day** following the filing of the Notice of Removal. Additional sheets may be used as necessary.

The attorney of record for the removing party **MUST** sign this form.

**STATE COURT INFORMATION**:

1.      Please identify the court from which the case is being removed; the case number; and the complete style of the case.

 120th District Court, El Paso County, Texas, Cause No. 2022DCV1991, Danielle Dempsey v. Lance Foster
 and Miller Engineers, Inc.

2.      Was jury demand made in State Court?          ☒ Yes          ☐ No

If yes, by which party and on what date?

Defendants                                        08/12/2022
Party Name                                        Date

**STATE COURT INFORMATION**:

1.      List all plaintiffs, defendants, and intervenors still remaining in the case. Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

 Plaintiff Danielle Dempsey - Russell A. Murray, Lovett Law Firm, 619 Arizona Ave., El Paso, Texas 79902,
 Ph: (915) 757-9999, Fax: (915) 595-4166
 Defendants Miller Engineers, Inc. and Lance Foster- James W. Watson, Watson, Caraway, Midkiff &
 Luningham, LLP, 306 W. 7th Street, Suite 200, Fort Worth, Texas 76102, Ph: (817) 870-1717, Fax: (87)
 338-4842

2. List all parties that have not been served at the time of the removal, and the reason(s) for non-service.

 None.

3.      List all parties that have been non-suited, dismissed, or terminated, and the reason(s) for their removal from the case.

  None.

**COUNTERCLAIMS, CROSS-CLAIMS, and/or THIRD-PARTY CLAIMS**:

1.      List separately each counterclaim, cross-claim, or third-party claim still remaining in the case and designate the nature of each such claim.  For each counterclaim, cross-claim, or third-party claim, include all plaintiffs, defendants, and intervenors still remaining in the case.  Also, please list the attorney(s) of record for each party named and include the attorney's firm name, correct mailing address, telephone number, and fax number (including area codes).

  None at this time.

**VERIFICATION**:

  James W. Watson                                     08/16/2022
Attorney for Removing Party                     Date

  Defendants Miller Engineers, Inc. and Lance Foster
Party/Parties

(NOTE:  Additional comment space is available on page 3)

**ADDITIONAL COMMENTS (As necessary)**: